FRANK W. LILLIBRIDGE, as Executor, etc., of DEFOREST LILLIBRIDGE, Deceased, Respondent, v. GRACE M. LILLIBRIDGE, Appellant.— Action for a divorce. The official referee purported to grant an interlocutory and a final judgment. The evidence does not sustain the finding of adultery. Judgment reversed, on the law and facts, with costs, and the complaint dismissed, with costs. The court reverses the finding that the appellant was guilty of adultery. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur.